IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01490-MJW

JOSEPH CHAISSON,

Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of the Stipulated Motion to Dismiss (Docket No. 22), it is hereby ORDERED that:

- The Final Pretrial Conference set for May 16, 2016, at 9:30 a.m. is VACATED; and

- This case is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own costs and fees.

Date: January 28, 2016